# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 17-1161-DOC (DFM)                             Date: September 26, 2017

Title: SPIGEN KOREA CO., LTD V. ULTRAPROOF, INC., ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

In response to an Order to Show Cause issued on September 18, 2017 (Dkt. 53), Plaintiff submitted a Response explaining that both parties misunderstood the Court's July 24, 2017 Order granting Defendant's Motion to Dismiss (Dkt. 44). *See* Response, Sept. 22, 2017 (Dkt. 54).

Plaintiff requests leave to file an amended complaint that addresses the issues the Court identified in its July 245, 2017 order. *Id.* Finding good cause, and seeing no objection, the Court GRANTS Plaintiff leave to file a Second Amended Complaint **on or before October 10, 2017**. If and when Plaintiff files an amended complaint, the Court will consider Plaintiff's Motion to Dismiss (Dkt. 47) to be moot.

The Clerk shall serve this minute order on the parties.