**RECEIVED**
**CLERK, U.S. DISTRICT COURT**

4/17/20

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____MAT_____ DEPUTY

# United States Court of Appeals
# for the Federal Circuit

---

**SPIGEN KOREA CO., LTD., A REPUBLIC OF
KOREA CORPORATION,**

*Plaintiff-Appellant*

v.

**ULTRAPROOF, INC., A CALIFORNIA
CORPORATION, ULTRAPROOF, INC., A
NEVADA CORPORATION, ENDLISS
TECHNOLOGY, INC., A CALIFORNIA
CORPORATION,**

*Defendants-Cross-Appellants*

**DOES, 1 through 10, inclusive,**

*Defendant*

---

2019-1435, 2019-1717

---

Appeals from the United States District Court for the
Central District of California in Nos. 2:16-cv-09185-DOC-
DFM, 2:17-cv-01161-DOC-DFM, United States District
Judge David O. Carter.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

ENTERED BY ORDER OF THE COURT

April 17, 2020                    /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court